IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| THOMAS REAGAN, | § |
| *Plaintiff,* | § § § |
| VS. | §  CIVIL ACTION NO. 1:23-CV-00188 § JUDGE MICHAEL J. TRUNCALE § |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY, | § § § |
| *Defendant.* | § § |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 3]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 31st day of August, 2023.**

Michael J. Truncale
United States District Judge